UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEMICHLAUS EXPORT LTD.,

Plaintiff,

-v-

SOCIETA COOPERATIVA DI
NAVIGAZIONE G. GIULETTI,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03.25.09
```

No. 09 Civ. 1850 (RJS)
EX PARTE ORDER APPOINTING A
SPECIAL PROCESS SERVER

RICHARD J. SULLIVAN, District Judge:

WHEREAS on March 24, 2009 Plaintiff Semichlaus Export Ltd. ("Plaintiff") filed a Second Amended Verified Complaint herein for damages amounting to \$8,699,401.34, inclusive of interest, costs, and reasonable attorneys' fees, and praying for the issuance of an *ex parte* order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

WHEREAS Plaintiff has made an application for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure; and

WHEREAS the Court has reviewed the attached Declaration in support of Plaintiff's application; IT IS HEREBY

ORDERED that any partner, associate, paralegal or other agent of the Chalos, O'Connor & Duffy, LLP, who is over the age of 18 and not a party in this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Order for Process of Maritime Attachment and Garnishment and Verified Complaint upon **those Garnishees named in the Court's Order**, and who may hold assets for or on account of Defendant; and,

IT IS FURTHER ORDERED that service on any Garnishee named above is deemed effective for the length of time and to the extent that the Garnishee's written rules or policies so provide, but **the period of effectiveness shall not exceed a period of thirty (30) days from the date of the Court's Ex Parte Order for Process of Maritime Attachment and Garnishment**.

Dated:      March 24, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2